IN THE MATTER OF DISCIPLINARY PROCEEDINGS AGAINST SILVER CREST MOTELS, INC. t/a ETC.

September 21, 1972. Petition for certification denied.

ESTHER S. FRANKEL v. STATE OF NEW JERSEY.

September 21, 1972. Petition for certification denied. (See 119 N. J. Super. 579).

STATE OF NEW JERSEY v. LOUIS J. RUGGIERO.

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ANGELO MALASPINA.

September 21, 1972. Petition for certification denied. (See 120 N. J. Super. 26).

STATE OF NEW JERSEY v. MAC ARTHUR LEE.

September 21, 1972. Petition for certification denied.

DOROTHY KSENIAK & LORRAINE GARBOSKI, EXECU-TRICES, ETC. v. WALDEMAR MOSAKOWSKI, ET AL.

September 21, 1972. Petition for certification denied.